USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: SEP 1 1 2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SANTIAGO GUZMAN, et al.<br><br>Plaintiff,<br><br>v.<br><br>IMAX CORPORATION, RICHARD L. GELFOND, BRADLEY J. WECHSLER, and FRANCIS T. JOYCE,<br><br>Defendants. | 06 Civ. No. 06235 (LA)<br><br>STIPULATION AND ORDER |

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff and defendants by their undersigned counsel, as follows:

1. Defendants shall accept service of the above-captioned summons and complaint as of the date hereof;

2. Plaintiffs shall have 60 days from the appointment by the Court of a lead plaintiff and approval of lead plaintiff counsel pursuant to the Private Securities Litigation Reform Act of 1995 to file and serve a Consolidated Amended Complaint;

3. The time for defendants to answer or otherwise respond or move with respect to the Complaint shall be extended until 60 days after the filing of a

Consolidated Amended Complaint by the lead plaintiff.

Dated: New York, New York
September 7, 2006

BRODSKY & SMITH, L.L.C.
By: ______________________
Evan J. Smith (ES-3254)

240 Mineola Blvd.
Mineola, New York 11501
(516) 741-4977
Fax: (516) 741-0626
Email: esmith@brodsky-smith.com

SCHIFFRIN & BARROWAY, LLP
Marc A. Topaz
Richard A. Maniskas
Alison K. Clark
280 King of Prussia Rd.
Radnor, PA 19087
(610) 667-7706

Attorneys for Plaintiff Santiago Guzman

CLEARY, GOTTLIEB, STEEN & HAMILTON LLP
By: ______________________
Lewis J. Liman (LJL-9166)

One Liberty Plaza
New York, New York 10006
(212) 225-2000
Fax: (212) 225-3999
Email: lliman@cgsh.com

Attorneys for Defendants

SEP 11 2006

SO ORDERED:

______________________
U.S.D.J.