# Attachment D

# Calculation of Loss on Imax Shares
# October 28, 2004 through August 9, 2006
# Gary and Marlene Creagh

| | |
|---|---|
| Total Class Period Purchases: | 36000 |
| Total Class Period Sales: | -3000 |
| Total Sales on Class Period Purchases: | -3000 |
| Total Class Period Shares Retained: | 33000 |
| 90-day Loss Price | $5.00 |
| | |
| **Total Purchases:** | **$325,649.04** |
| **Total Sales Proceeds** | **($27,880.00)** |
| **Total Retained Value:** | **$165,090.75** |
| | |
| **Total Loss:** | **$132,678.29** |