MEMO ENDORSED


# SARRAF GENTILE LLP

ATTORNEYS AT LAW

485 Seventh Avenue • New York, New York 10018 • T 212.868.3610 • F 212.918.7967
www.sarrafgentile.com


October 9, 2006

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 10/12/06

**BY FACSIMILE**
(212) 805-7927

RECEIVED IN CHAMBERS OF NAOMI REICE BUCHWALD
OCT 10 2006
UNITED STATES DISTRICT JUDGE

The Honorable Naomi R. Buchwald
United States Courthouse
500 Pearl Street, Room 2270
New York, NY 10007

**Re: *Larosa v. Imax Corporation et al.*, No. 06-cv-06349 (NRB) (and related actions, 06-cv-6128, 6235, 6313, 6449, 6693, 7057, and 7162)**

Dear Judge Buchwald:

We represent Michael J. Larosa in the action entitled *Larosa v. Imax Corp., et al.*, No. 06-cv-06349 (NRB), and write pursuant to Your Honor's Individual Practice Rule 2(A).

The *Larosa* action, like the other related actions identified above, allege similar facts and violations of the Securities Exchange Act of 1934 which, as amended by the Private Securities Litigation Reform Act of 1995, requires that motions for the appointment of lead plaintiff be filed no later than 60 days after the date that notice was first issued regarding the pendency of an action brought under the Exchange Act. Notice of the first filed action was issued on August 11, 2006. As a result, all lead plaintiff motions must be filed by tomorrow, October 10, 2006.

Due to the above described statutory time constraints and our lack of knowledge regarding the identities of the other potential movants, we respectfully request a waiver of Your Honor's pre-motion conference requirement in connection with Mr. Larosa's anticipated motion.

So Ordered
Naomi Reice Buchwald, USDJ
10/10/06

Respectfully,

Ronen Sarraf

Ronen Sarraf