MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/12/06

**SCHIFFRIN & BARROWAY, LLP**
Attorneys at Law

280 King of Prussia Road, Radnor, Pennsylvania 19087
610-667-7706 • Fax: 610-667-7056
www.sbclasslaw.com

Writer's Direct Dial: (610) 822-2208
E-Mail: shandler@sbclasslaw.com

October 5, 2006

**VIA FAX (with permission)**
**212-805-7927**

RECEIVED IN CHAMBERS
OF NAOMI REICE BUCHWALD
OCT 5 2006
UNITED STATES DISTRICT JUDGE

Hon. Naomi Reice Buchwald
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2270
New York, New York 10007-1312

**Re:** ***Guzman v. IMAX Corporation, et al***
**Case No. 06-cv-06235-NRB**

Dear Judge Buchwald:

My firm has been recently retained by investors who wish to make a motion for appointment as Lead Plaintiff in the above referenced actions. Pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA") this motion must be made by any class member(s) who wish to seek appointment as Lead Plaintiff, whether or not they have previously filed a complaint, no later than 60 days from the publication of the first notice that was issued advising the public of the pendency of the actions. 15 U.S.C. §§ 78u-4(a)(3)(A) and (B). This notice was issued on August 11, 2006; accordingly, our clients must file their Lead Plaintiff motion no later than October 10, 2006 in order to timely file under the PSLRA.

Your Honor's Individual Practices, however, state that "a pre-motion conference with the Court is required." Rule 2(A). Because of the strict deadline imposed by the PSLRA, we respectfully request leave from complying with this practice so that we may file our Lead Plaintiff motion on October 10, 2006.

So Ordered.
Naomi Reice Buchwald
USDJ
10/12/06

Respectfully submitted,

SCHIFFRIN & BARROWAY, LLP

By: ________________
Sean M. Handler

SMH/slw

cc: Counsel on attached service list